# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY LEE BUGG, JR., | : | Civil No. 1:18-CV-02399 |
| Plaintiff, | : | |
| v. | : | |
| JUST WING IT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of April, 2020, upon consideration of Plaintiff's motion for default judgment, Doc. 8, and following an evidentiary hearing to assess damages, Plaintiff's motion is **GRANTED**, and judgment as to Counts I, II, and III of Plaintiff's amended complaint shall be entered in favor of Plaintiff and against Defendant.

**IT IS FURTHER ORDERED** as follows:

1. Judgment in the total amount of $40,000 is entered against Defendant, comprised of $20,000 in compensatory damages and $20,000 in punitive damages.

2. Interest in the amount of 6% per annum will run beginning on May 11, 2020, if the judgment is not paid to Plaintiff by that date.

3. Plaintiff's counsel is permitted to file a motion for attorney's fees and costs by April 30, 2020.

1

4. Plaintiff's counsel is directed to ensure that a copy of the Memorandum Opinion and Order is served on Defendant, since Defendant has not entered an appearance in this action.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Court Judge
        Middle District of Pennsylvania