# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY LEE BUGG, JR., | : | Civil No. 1:18-CV-02399 |
| Plaintiff, | : | |
| v. | : | |
| JUST WING IT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 4th day of August, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** as follows:

1) Plaintiff's motion for award of costs and attorneys' fees is **GRANTED**.(Doc. 19).

2) The Clerk of Court is directed to enter an award in the amount of $72,552.50 in attorneys' fees to Smigel, Anderson & Sacks, LLP and $885.60 in costs to Plaintiff against Defendant.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania